**Order entered February 5, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00025-CV**

**CENTURION AMERICAN CUSTOM HOMES, INC. D/B/A CENTURION AMERICAN DEVELOPMENT GROUP; CENTURION ACQUISITIONS, LLC; AND MEHRDAD MOAYEDI, INDIVIDUALLY, Appellants**

**V.**

**CROSSROADS OPPORTUNITY PARTNERS, LLC AND DREIEN OPPORTUNITY PARTNERS, LLC, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-18812**

**ORDER**

By notice filed February 4, 2021, Joseph E. Ackels, Sr. informs the Court he was trial counsel for appellees but does not represent them on appeal. In accordance with Texas Rule of Appellate procedure 6.4, we **DIRECT** the Clerk of the Court to remove Mr. Ackels as counsel for appellees. All future communications to appellees shall be directed to:

Jeff Blakeley
Crossroads Opportunity Partners, LLC
Drien Opportunity Partners, Inc.
3618 Cedar Lane
Dallas, Texas 75234
(214) 908-6570.

Because a business entity may generally be represented only by a licensed attorney, we **ORDER** appellees to notify the Court, within **THIRTY DAYS** of the date of this order, of the name, State Bar number, mailing and email addresses, and telephone and fax numbers of new counsel. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp., USA*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). Failure to do so may result in appellees being unable to participate in this appeal.

/s/     CRAIG SMITH
JUSTICE